UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET SKELTON,<br>        Plaintiff, | )<br>)<br>) |
| vs. | )    Case No.: 1:22-cv-11818<br>) |
| CVS, INC.,<br>        Defendant. | )<br>)<br>) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the Defendant, CVS Pharmacy, Inc. ("CVS" or "Defendant"), hereby removes to this Honorable Court the state court action described below:

1. On August 9, 2022, the Plaintiff Margaret Skelton filed an action against CVS in the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Norfolk County ("the State Court Action") which was assigned Civil Action Number 2282CV00739.

2. By her lawsuit, Plaintiff seeks damages for bodily injuries allegedly sustained after she slipped and fell due to a tower of crates stacked on the ground of the CVS retail store located at 947 Providence Highway in Dedham, Massachusetts on October 27, 2019.

3. A copy of the Complaint, Civil Action Cover Sheet and Summons served on CVS are attached hereto as **Exhibit A**.

4. CVS was served with the foregoing pleadings on October 19, 2022.

5. Removal is accordingly timely under 28 U.S.C. §1446(b).

6. The Plaintiff is an individual residing at 42 Quarry Road, Dedham, Norfolk County, Massachusetts. See Complaint at ¶ 1.

7. CVS, which is properly known as CVS Pharmacy, Inc., is a corporation organized and existing under the laws of the State of Rhode Island, with its principal place of business located at One CVS Drive, Woonsocket, Rhode Island 02895. See Complaint at ¶ 2; **Exhibit B**.

8. The Plaintiff alleges a back injury requiring an L3-S1 decompression and fusion surgery with total hospital expenses listed as "$100,000+" and unspecified lost wages and compensation. See Civil Action Cover Sheet (contained within **Exhibit A**).

9. Based upon the foregoing, this Court has jurisdiction over this civil action based upon diversity of citizenship and the amount in controversy, pursuant to 28 U.S.C. §§1332, 1441, and 1446.

10. Venue properly lies in the Eastern Division of the United States District Court for the District of Massachusetts because the Plaintiff resides in Norfolk County and because the Plaintiff commenced the initiating civil action in the Norfolk County Superior Court in Massachusetts.

11. In accordance with 28 U.S.C. §1446(d), written notice of the filing of this removal notice will be given to the Plaintiff and will be filed with the Clerk of Courts for the Norfolk County Superior Court following the filing of this Notice of Removal.

12. Certified or attested copies of all records and proceedings before the Norfolk County Superior Court will be filed with this Court within 28 days, in accordance with Local Rule 81.1 (D. Mass.).

13. In submitting this Notice of Removal, CVS reserves all defenses.

WHEREFORE, the Defendant CVS, Inc. hereby removes this action from Massachusetts Superior Court, Norfolk County, to the United States District Court for the District of Massachusetts.

            Respectfully submitted,
            **THE DEFENDANT**
            By its attorneys,

            /s/ *Adam G. Cohen*

            Adam G. Cohen, BBO No. 558689
            **DAVIDS & COHEN, P.C.**
            40 Washington Street, Suite 20
            Wellesley, Massachusetts 02481
            (781) 416-5055
            acohen@davids-cohen.com

Date: October 24, 2022

## **CERTIFICATE OF SERVICE**

      I, Adam G. Cohen, hereby certify that a true copy of the above document was served via electronic mail, pursuant to Supreme Judicial Court Order OE-144, on this 24th day of October, 2022, upon all counsel of record below:

*For the Plaintiff:*
Paul L. Tetzel, Esq.
Rachel J. Madden, Esq.
Tetzel Law, LLC
Two Center Plaza, Suite 610
Boston, MA 02108
paul@tetzellaw.com
rmadden@tetzellaw.com

                                              /s/ Adam G. Cohen

                                              Adam G. Cohen