

**CT Corporation**
Service of Process Notification
10/19/2022
CT Log Number 542518526

## Service of Process Transmittal Summary

**TO:**   Serviceof Process
CVS HEALTH COMPANIES
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:**   Process Served in Massachusetts

**FOR:**  CVS, Inc. (Former Name) (Domestic State: RI)
CVS Pharmacy, Inc. (True Name)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MARGARET SKELTON // To: CVS Pharmacy, Inc. |
| **CASE #:** | 2282CV00739 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Boston, MA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/19/2022 at 10:18 |
| **JURISDICTION SERVED:** | Massachusetts |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/19/2022, Expected Purge Date: 10/24/2022 |
| | Image SOP |
| | Email Notification, Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
155 Federal Street
Suite 700
Boston, MA 02110
800-448-5350
MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: –
(TORT) –MOTOR VEHICLE TORT – CONTRACT –
EQUITABLE RELIEF – OTHER)

## COMMONWEALTH OF MASSACHUSETTS

COPY

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. 2282CV00739

Margaret Skelton _____, Plaintiff(s)

v.

CVS, Inc. _____, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon **Paul L. Tetzel, Esq.**, plaintiff's attorney, whose address is **2 Center Plaza, Suite 610, Boston, MA 02108** an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Heidi E. Brieger   Esquire }, at **Boston** the **4th** day of **October**, in the year of our Lord two thousand and **22**

_____ Clerk

NOTES:
1. This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

F-33

10-19-22

Date Filed 8/9/2022 12:16 PM
Superior Court - Norfolk
Docket Number
Docketed on 08/09/2022

1

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.   SUPERIOR COURT DEPT.
CIVIL ACTION NO.: 2282CV00739

| | |
|---|---|
| MARGARET SKELTON,<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| CVS, INC.,<br>    Defendant | )<br>)<br>) |

### COMPLAINT AND JURY DEMAND

### PARTIES

1. The Plaintiff, Margaret Skelton, is an individual who resides at 42 Quarry Road, Dedham, Commonwealth of Massachusetts.

2. The Defendant, CVS, Inc., is a for-profit corporation with a principal place of business located at 1 CVS Drive in Woonsocket, Rhode Island, who regularly conducts business as a store at 947 Providence Highway in Dedham, Commonwealth of Massachusetts.

### FACTS

3. The Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein and further alleges as follows:

4. On or about October 27, 2019, the Defendant, CVS, Inc., was the owner, operator, maintainer, possessor, and/or otherwise legally responsible for the care, control and safety of the CVS store located at 947 Providence Highway, Dedham, Commonwealth of Massachusetts.

5. On or about October 27, 2019, the Plaintiff, Margaret Skelton, was a legal visitor and patron at CVS, 947 Providence Highway, Dedham, Commonwealth of Massachusetts.

6. On the aforesaid date, the Plaintiff, Margaret Skelton, was caused to fall as a result of a dangerous and hazardous condition on the property located at 947 Providence Highway, Dedham, Commonwealth of Massachusetts. More specifically, the Plaintiff slipped and fell due to a tower of crates stacked on the ground.

7. As a result of the aforesaid occurrence, the Plaintiff sustained personal injuries.

Date Filed 8/9/2022 12:16 PM
Superior Court - Norfolk
Docket Number

## COUNT I: NEGLIGENCE
### Margaret Skelton v. CVS Inc.

8. The Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein and further alleges as follows:

9. The Defendant, CVS Inc., had a duty to maintain the property in a reasonably safe condition for others who could foreseeably suffer damages or injuries by their failure to do so.

10. The Defendant, CVS, Inc., breached the duty owed to the Plaintiff by negligently and carelessly failing to maintain the property in a reasonably safe condition.

11. As a direct and proximate result of the Defendant, CVS Inc.'s negligent, careless, reckless acts and/or commissions, the Plaintiff was injured, suffered great pain of body and mind and was obliged to expend monies for medical care.

**WHEREFORE**, the Plaintiff, Margaret Skelton, demands judgment against the Defendant, CVS Inc., in an amount sufficient and proper to compensate for all losses, plus interest, attorneys' fees and the cost of this action.

### JURY DEMAND

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES PRESENTED.

Respectfully submitted,
**THE PLAINTIFF,**
By her attorneys,

Paul L. Tetzel, Esq. BBO #: 683703
Rachel J. Madden, Esq. BBO #:705851
Tetzel Law, LLC
Two Center Plaza, Suite 610
Boston, MA 02108
P: (617) 742-1700
F: (617) 933-3859
paul@tetzellaw.com
rmadden@tetzellaw.com

Dated: 08/09/2022

Date Filed 8/9/2022 12:16 PM Docketed on 08/09/2022
Superior Court - Norfolk

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 2282CV00739 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| | | COUNTY: Norfolk Superior Court (Dedham) |

| Plaintiff | Margaret Skelton | Defendant: | CVS, Inc. |
|---|---|---|---|
| ADDRESS: | 42 Quarry Road, Dedham, MA 02026 | ADDRESS: | 947 Providence Highway, Dedham MA 02026 |
| Plaintiff Attorney: | Paul L. Tetzel, Esq. and Rachel J. Madden, Esq. | Defendant Attorney: | |
| ADDRESS: | 2 Center Plaza, Suite 610, Boston, MA 02108 | ADDRESS: | |
| BBO: | PLT - 683703; RJM - 705851 | BBO: | |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Other Negligence - Personal Injury | F | ☒ YES ☐ NO |

*If "Other" please describe: Trip and Fall

Is there a claim under G.L. c. 93A?   ☐ YES   ☒ NO
Is there a class action under Mass. R. Civ. P. 23?   ☐ YES   ☒ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date
   1. Total hospital expenses ......................................................................... $100,000.00 +
   2. Total doctor expenses
   3. Total chiropractic expenses
   4. Total physical therapy expenses
   5. Total other expenses (describe below)

   Subtotal (1-5): $100,000.00 +

B. Documented lost wages and compensation to date ............................... TBD
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

TOTAL (A-F): $100,000.00+

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

The plaintiff suffered a back injury requiring an L3-S1 decompression and fusion surgery. The plaintiff may also require a second surgery.

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Unrepresented Plaintiff: X /s/ Paul Tetzel    Date: 08-09-2022

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X /s/ Paul Tetzel    Date: 08-09-2022

SC0001: 1/22/2021           www.mass.gov/courts           Date/Time Printed:08-09-2022 12:12:40

Date Filed 8/9/2022 12:16 PM
Superior Court - Norfolk
Docket Number

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

| | |
|---|---|
| AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 Administrative Action involving Commonwealth, Municipality, MBTA, etc. | (A) |

### CN Contract/Business Cases

| | |
|---|---|
| A01 Services, Labor, and Materials | (F) |
| A02 Goods Sold and Delivered | (F) |
| A03 Commercial Paper | (F) |
| A04 Employment Contract | (F) |
| A05 Consumer Revolving Credit - M.R.C.P. 8.1 | (F) |
| A06 Insurance Contract | (F) |
| A08 Sale or Lease of Real Estate | (F) |
| A12 Construction Dispute | (A) |
| A14 Interpleader | (F) |
| BA1 Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 Shareholder Derivative | (A) |
| BB2 Securities Transactions | (A) |
| BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 Intellectual Property | (A) |
| BD2 Proprietary Information or Trade Secrets | (A) |
| BG1 Financial Institutions/Funds | (A) |
| BH1 Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 Other Contract/Business Action - Specify | (F) |

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| | |
|---|---|
| D01 Specific Performance of a Contract | (A) |
| D02 Reach and Apply | (F) |
| D03 Injunction | (F) |
| D04 Reform/ Cancel Instrument | (F) |
| D05 Equitable Replevin | (F) |
| D06 Contribution or Indemnification | (F) |
| D07 Imposition of a Trust | (A) |
| D08 Minority Shareholder's Suit | (A) |
| D09 Interference in Contractual Relationship | (F) |
| D10 Accounting | (A) |
| D11 Enforcement of Restrictive Covenant | (F) |
| D12 Dissolution of a Partnership | (F) |
| D13 Declaratory Judgment, G.L. c. 231A | (A) |
| D14 Dissolution of a Corporation | (F) |
| D99 Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party †

| | |
|---|---|
| PA1 Contract Action involving an Incarcerated Party | (A) |
| PB1 Tortious Action involving an Incarcerated Party | (A) |
| PC1 Real Property Action involving an Incarcerated Party | (F) |
| PD1 Equity Action involving an Incarcerated Party | (F) |
| PE1 Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| | |
|---|---|
| B03 Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 Other Negligence - Personal Injury/Property Damage | (F) |
| B05 Products Liability | (A) |
| B06 Malpractice - Medical | (A) |
| B07 Malpractice - Other | (A) |
| B08 Wrongful Death - Non-medical | (A) |
| B15 Defamation | (A) |
| B19 Asbestos | (A) |
| B20 Personal Injury - Slip & Fall | (F) |
| B21 Environmental | (F) |
| B22 Employment Discrimination | (F) |
| BE1 Fraud, Business Torts, etc. | (A) |
| B99 Other Tortious Action | (F) |

### RP Summary Process (Real Property)

| | |
|---|---|
| S01 Summary Process - Residential | (X) |
| S02 Summary Process - Commercial/ Non-residential | (F) |

### RP Real Property

| | |
|---|---|
| C01 Land Taking | (F) |
| C02 Zoning Appeal, G.L. c. 40A | (F) |
| C03 Dispute Concerning Title | (F) |
| C04 Foreclosure of a Mortgage | (X) |
| C05 Condominium Lien & Charges | (X) |
| C99 Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| | |
|---|---|
| E18 Foreign Discovery Proceeding | (X) |
| E97 Prisoner Habeas Corpus | (X) |
| E22 Lottery Assignment, G.L. c. 10, § 28 | (X) |

### AB Abuse/Harassment Prevention

| | |
|---|---|
| E15 Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| | |
|---|---|
| E02 Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 Certiorari Action, G.L. c. 249, § 4 | (X) |
| E05 Confirmation of Arbitration Awards | (X) |
| E06 Mass Antitrust Act, G.L. c. 93, § 9 | (A) |
| E07 Mass Antitrust Act, G.L. c. 93, § 8 | (X) |
| E08 Appointment of a Receiver | (X) |
| E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A | (A) |
| E10 Summary Process Appeal | (X) |
| E11 Worker's Compensation | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12, § 11H | (A) |
| E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) | (X) |
| E25 Pleural Registry (Asbestos cases) | |
| E94 Forfeiture, G.L. c. 265, § 56 | (X) |
| E95 Forfeiture, G.L. c. 94C, § 47 | (F) |
| E99 Other Administrative Action | (X) |
| Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B | (F) |
| Z02 Appeal Bond Denial | (X) |

### SO Sex Offender Review

| | |
|---|---|
| E12 SDP Commitment, G.L. c. 123A, § 12 | (X) |
| E14 SDP Petition, G.L. c. 123A, § 9(b) | (X) |

### RC Restricted Civil Actions

| | |
|---|---|
| E19 Sex Offender Registry, G.L. c. 6, § 178M | (X) |
| E27 Minor Seeking Consent, G.L. c.112, § 12S | (X) |

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES   ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.**

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.**

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2282CV00739 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Margaret Skelton vs. Cvs, Inc. | | Walter F. Timilty, Clerk of Courts |
| TO: Paul L Tetzel, Esq. Tetzel Law, LLC Two Center Plaza Suite 610 Boston, MA 02108 | | COURT NAME & ADDRESS Norfolk County Superior Court 650 High Street Dedham, MA 02026 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                                **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 11/07/2022 | |
| Response to the complaint filed (also see MRCP 12) | | 12/07/2022 | |
| All motions under MRCP 12, 19, and 20 | 12/07/2022 | 01/06/2023 | 02/06/2023 |
| All motions under MRCP 15 | 12/07/2022 | 01/06/2023 | 02/06/2023 |
| All discovery requests and depositions served and non-expert depositions completed | 06/05/2023 | | |
| All motions under MRCP 56 | 07/05/2023 | 08/04/2023 | |
| Final pre-trial conference held and/or firm trial date set | | | 12/04/2023 |
| Case shall be resolved and judgment shall issue by | | | 08/08/2024 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 08/09/2022 | ASSISTANT CLERK | PHONE |
|---|---|---|

Date/Time Printed: 08-09-2022 12:44:59                                                    SCV026\ 08/2018